1238

No. 99–9522. MULLINS, AKA ISAACS v. UNITED STATES; and No. 99–9559. SWINEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 203 F. 3d 397.

No. 99–9524. BRADLEY v. OHIO. Ct. App. Ohio, Logan County. Certiorari denied.

No. 99–9525. ALVARADO-TORRES v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 99–9529. SANDERS v. UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 99–9530. ROBERTS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 99–9545. MORRIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 99–9547. RAMIREZ-RODRIGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–9558. RAMIREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 99–1353. FRIZZELL CONSTRUCTION CO., INC. v. GATLIN-BURG, L. L. C. Sup. Ct. Tenn. Motion of Associated General Contractors of America, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 99–1629. CHING-RONG WANG v. WINNER INTERNATIONAL ROYALTY CORP. C. A. Fed. Cir. Motion of Intellectual Property Creators for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 99–9851 (99A1006). MASON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution. Reported below: 203 F. 3d 829.